**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 05, 2020.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **WBH Energy LP** | § | Case No. 15-10003 |
| | § | |
| **WBH Energy Partners LLC** | § | Case No. 15-10004 |
| | § | |
| **WBH Energy GP, LLC** | § | Case No. 15-10005 |
| | § | |
| **Debtors.** | § | (Jointly Administered) |

**ORDER GRANTING CREDITORS' TRUSTEE'S APPLICATION
FOR FINAL DECREE CLOSING BANKRUPTCY CASES**
[Docket No.___]

On this day came on to be considered the Creditors' Trustee's Application for Final

Decree (the "Application"). After this Court having considered the Application and based on the record before it, finds and concludes[1] that (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) the Application constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2), as to which this Court may enter a final order consistent with Article III of the United States Constitution; (iii) venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) notice of this Application and opportunity for a hearing thereon has be appropriate and adequate, and no other notice needs to be provided; and (v) good cause exists to approve the Application and enter a final decree closing these Chapter 11 cases (the "Bankruptcy Cases") on the terms set forth herein. The Court further finds and concludes:

1. The Plan was filed on September 3, 2015 [Docket No. 556].

2. On September 4, 2015, this Court entered its *Order Confirming the Debtors' Modified First Amended Joint Plan of Reorganization* (the "Confirmation Order"), thereby confirming the Plan. [Docket No. 559].

3. The Plan became effective as of September 9, 2015 [Docket No. 566], and the Plan has been substantially consummated.

4. The Creditor's Trustee has authority from this Court pursuant to 11 U.S.C. § 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure to close the Bankruptcy Cases, as provided herein. Pursuant to 11 U.S.C. § 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure, this Court finds and concludes that the Bankruptcy Cases have been fully administered as contemplated in Sections 350 and Rule 3022.

5. Accordingly, this Court finds and concludes that it is proper for this Court to enter

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* Fed. R. Bankr. P. 7052.

this Final Decree and close these Bankruptcy Cases effective upon entry of this Order by this Court.

6.   This Court retains the authority and discretion to reopen one or more of the Bankruptcy Cases at a future time, as may be appropriate and notwithstanding the entry of this Final Decree.

7.   Nothing in this Order shall be construed as a limitation on the reservation of exclusive jurisdiction detailed in Article XIV of the Plan.

Based on the foregoing findings of fact and conclusions of law, it is hereby

**ORDERED** that pursuant to 11 U.S.C. § 350 and Federal Rule of Bankruptcy Procedure 3022, a Final Decree is hereby issued with respect to these Bankruptcy Cases effective upon entry of this Order by this Court; and it is further

**ORDERED** that the Creditors' Trustee is hereby authorized to immediately dispose of and destroy of all records maintained by the Creditors' Trustee that relate to filed or scheduled claims that have been fully and finally adjudicated or compromised, without any possibility of appeal; and it is further

**ORDERED** that the Creditors' Trustee is hereby authorized to immediately dispose of and destroy all records maintained by the Creditors' Trustee that relate solely to litigation claims previously asserted by the Creditors' Trustee, but which have been fully and finally compromised without any possibility of appeal; and it is further

**ORDERED** that except as expressly provided otherwise herein and provided that the Creditors' Trustee remains fully entitled, for all purposes, to all protections, limitations and indemnifications, including as provided for in Article 5 of the Creditors' Trust Agreement, the Creditors' Trustee is hereby discharged from and with respect to all duties set forth or

contemplated in the Plan, Creditors' Trust Agreement and Confirmation Order prior to the closing of the Bankruptcy Cases or otherwise fully performed or accomplished as of the entry of this Order by this Court. Furthermore, all duties and responsibilities of the Creditors' Trustee are hereby deemed discharged, terminated and fully released.

**ORDERED** that the Creditors' Trustee is hereby authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Application and this Order; and it is further

**ORDERED** that payment of all fees payable to the United States Trustee pursuant to Section 1930 of Title 28 of the United States Code, shall be paid by the Creditors' Trustee on behalf of the Creditors' Trust through the date this Order is entered by this Court, and no further United States Trustee Fees shall be due and owing unless a Bankruptcy Case is reopened pursuant to 11 U.S.C. § 350(b); and it is further

**ORDERED** that notwithstanding the closing of the Bankruptcy Cases this Court shall and hereby does retain exclusive jurisdiction to the fullest extent permitted under the Plan, the Confirmation Order, and/or applicable law and/or arising from or related to the implantation of this Final Decree; and it is further

**ORDERED** that the Clerk's Office is hereby ordered and directed to close the Bankruptcy Cases immediately (case nos. 15-10003; 15-10004; & 15-10005).

###

APPROVED AS TO FORM:

By: */s/ Steven D. Shurn*
Wayne Kitchens
State Bar No. 11541110
Steven D. Shurn.
State Bar No. 24013507
1201 Louisiana St., 28th Floor
Houston, Texas 77002
Tel: 713-759-0818
Fax: 713-759-6834
wkitchens@hwallp.com
sshurn@hwallp.com

**SPECIAL COUNSEL FOR JOHN D. MULLEN, CREDITORS' TRUSTEE**

United States Bankruptcy Court
Western District of Texas

In re:                                                  Case No. 15-10004-hcm
WBH Energy Partners LLC                         Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-1      User: turnerb      Page 1 of 1      Date Rcvd: Jun 05, 2020
                     Form ID: pdfintp     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.
db         +WBH Energy Partners LLC,    4407 Bee Caves Road,    Suite 421,    Austin, TX 78746-6406
cr         +CL III Funding Holding Company, LLC,    c/o Kenneth Green,    Snow Spence Green LLP,
             2929 Allen Parkway, Suite 2800,    Houston, TX 77019-7125
cr         +Cressman Tubular Products Corporation,    2902 Carlisle Street, Suite 150,
             Dallas, TX 75204-4077
cr         +J-W Power Company,    c/o Julie A. Walker,    Miller Mentzer PC,    P O Box 130,
             Palmer, TX 75152-0130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:
              Brian W. Zimmerman    on behalf of Creditor    Trustee John D. Mullen, Creditors' Trustee bzimmerman@spencerfane.com,
              nreisch@spencerfane.com;amartin@spencerfane.com;jstory@spencerfane.com
              Brian W. Zimmerman    on behalf of Debtor    WBH Energy Partners LLC bzimmerman@spencerfane.com,
              nreisch@spencerfane.com;amartin@spencerfane.com;jstory@spencerfane.com
              Brian W. Zimmerman    on behalf of Creditor    Inwell II, LLC d/b/a Inwell, LLC bzimmerman@spencerfane.com,
              nreisch@spencerfane.com;amartin@spencerfane.com;jstory@spencerfane.com
              Carolyn Virginia Carollo    on behalf of Creditor    CL III Funding Holding Company, LLC
              carolyncarollo@snowspencelaw.com,    janissherrill@snowspencelaw.com
              Julie Ann Walker    on behalf of Creditor    J-W Power Company jwalker@milmen.com, ndoyle@milmen.com
              Kenneth P. Green    on behalf of Creditor    CL III Funding Holding Company, LLC kgreen@snowspencelaw.com,
              janissherrill@snowspencelaw.com;carolyncarollo@snowspencelaw.com;blakehamm@snowspencelaw.com;theresaadkins@snowspencelaw.com
              Michael L. Jones    on behalf of Creditor    Cressman Tubular Products Corporation mjones@henryandjones.com, dmikell@henryandjones.com
              Ross A Plourde    on behalf of Creditor    Orr Construction, Inc. ross.plourde@mcafeetaft.com, penni.jones@mcafeetaft.com;emily.daugherty@mcafeetaft.com
              Steven Shurn    on behalf of Creditor    Trustee John D. Mullen, Creditors' Trustee sshurn@hwa.com
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
              William A. (Trey) Wood, III    on behalf of Debtor    WBH Energy Partners LLC trey.wood@bracewell.com, mary.kearney@bracewell.com

                                                                                                                                                                             TOTAL: 11